# IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
## CIVIL DIVISION

ZARIAH GAELYN-LEVAI AND JADE
GAELYN-LEVAI,

    Plaintiffs,

CASE NO:

vs.

SETH P. COLLEY AND NWLFD, INC.,

    Defendants.
_____/

## COMPLAINT FOR AUTO NEGLIGENCE AND DEMAND FOR JURY TRIAL

COMES NOW Plaintiffs, **ZARIAH GAELYN-LEVAI** and **JADE GAELYN-LEVAI**, by and through undersigned counsel, and sues Defendants, **SETH P. COLLEY** and **NWLFD, INC.** and alleges:

1. This is an action for damages in excess of $30,000, exclusive of attorneys' fees, interest and costs, and Plaintiffs hereby demand a trial by jury; accordingly, although, to file this complaint, undersigned counsel is being required by order of the Supreme Court of Florida to contemporaneously complete a civil cover sheet with a dollar figure as an estimated amount of claim for data collection and clerical processing purposes only, the full monetary value of the damages suffered by Plaintiffs are yet to be determined and will be decided in a verdict by the jury that judges the facts of this action in compliance with Article I, Section 21, Florida Constitution.

2. At all times material to this action, Plaintiff, ZARIAH GAELYN-LEVAI, was and is a resident of Tampa, Hillsborough County, Florida.

3. At all times material to this action, Plaintiff, JADE GAELYN-LEVAI, was and is a resident of Tampa, Hillsborough County, Florida.

4. At all times material to this action, Defendant, SETH P. COLLEY, was and is a resident of Nashville, Davidson County, Tennessee.

5. At all times material to this action, Defendant, NWLFD, INC, was and is a corporation, with its principal place of business in the city of Cedar Park, Williamson County, Texas.

## COUNT I
## NEGLIGENCE

6. Plaintiff, ZARIAH GAELYN-LEVAI, re-alleges and incorporates herein all the allegations contained in Count I above as though fully set forth herein.

7. On or about October 19, 2021, Plaintiff, ZARIAH GAELYN-LEVAI, was traveling on or near N. Lois Ave and W Cypress St, Tampa, Hillsborough County, Florida.

8. On or about October 19, 2021, Defendant, SETH P. COLLEY, who was also traveling on or near N. Lois Ave and W Cypress St, Tampa, Hillsborough County, Florida.

9. On or about October 19, 2021, Defendant, SETH P. COLLEY, was acting as an employee in the scope of its employment in furtherance of business pursuits for Defendant, NWLFD, INC, by operating a motor vehicle.

10. Defendant, SETH P. COLLEY, negligently, failed to yield to oncoming traffic while making a left turn on Lois Avenue causing a collision and serious injury to Plaintiff, ZARIAH GAELYN-LEVAI.

11. As a direct and proximate result, the Plaintiff, ZARIAH GAELYN-LEVAI, suffered bodily injury resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a pre-existing condition. The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

12. WHEREFORE Plaintiff, ZARIAH GAELYN-LEVAI, demand judgment for damages against the Defendant, SETH P. COLLEY and seeks a right to trial by jury on all issues and costs in this action.

## COUNT II
## NEGLIGENCE OF NWLFD, INC

13. Plaintiffs, ZARIAH GAELYN-LEVAI and JADE GAELYN-LEVAI, re-allege and incorporate herein all the allegations contained in Paragraphs 1-12 above as though fully set fourth herein.

14. Under Florida law, an employee can be held vicariously liable for the negligence of its employees while the employee is acting within the course and scope of employment. See e.g., City of Miami v. Simpson So. 2d 435 (Fla. 1965).

15. At the time of the subject crash, Defendant, SETH P. COLLEY, who was an agent or employee within the course and scope of his employment with Defendant, NWLFD, INC.

16. As a result, Defendant, NWLFD, INC., is vicariously liable for the negligence of Defendant, SETH P. COLLEY, under the doctrince of respondeat superior.

17. As a direct and proximate result, the Plaintiff, ZARIAH GAELYN-LEVAI, suffered bodily injury resulting in pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, earning, loss of ability to earn money and aggravation of a pre-existing condition. The losses are either permanent or continuing in nature and Plaintff will suffer the losses in the future.

18. WHEREFORE, Plaintiff, ZARIAH GAELYN-LEVAI, demand judgment for damages against the Defendant, NWLFD, INC., and seek a right to trail by jury on all issues and costs in this action.

## COUNT III
## LOSS OF CONSORTIUM

19. Plaintiffs, ZARIAH GAELYN-LEVAI and JADE GAELYN-LEVAI, reallege and incorporate herein all the allegations contained in Paragraphs 1-18 above as though fully set forth herein.

20. At all times material to this cause of action, Plaintiffs, ZARIAH GAELYN-LEVAI and JADE GAELYN-LEVAI were and are wife and wife, residing together and enjoying a family relationship.

21. As a direct and proximate result of the aforesaid negligence of the Defendants, SETH P. COLLEY and NWLFD, INC., which directly and proximately resulted in injuries to Plaintiff, ZARIAH GAELYN-LEVAI as herein alleged, Plaintiff, JADE GAELYN-LEVAI, has in the past and will in the future, suffer the loss of her spouse's companionship, services, support, affection and consortium of Plaintiff, ZARIAH GAELYN-LEVAI.

WHEREFORE Plaintiffs, ZARIAH GAELYN-LEVAI and JADE GAELYN-LEVAI, demands judgment for damages against the Defendants, SETH P. COLLEY AND NWLFD, INC., and seeks a right to trial by jury on all issues and the costs of this action.

DATED THIS ___26TH___ day of August, 2022.

/s/    Adam D. Rieth
Stephen A. Barnes, 005177
Adam D. Rieth, 91986
BARNES TRIAL GROUP
505 South Magnolia Avenue
Tampa, FL  33606
Telephone: (813) 251-0777
Facsimile:  (813) 254-1829
btgservice@barnestrialgroup.com
Attorneys for Plaintiff